UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BUTERBAUGH,<br><br>  Plaintiff,<br><br>  v.<br><br>BARCLAYS BANK DELAWARE, *et al.*,<br><br>  Defendants. | Case No. 1:22-cv-01196-AWI-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC. ONLY<br><br>(ECF No. 20). |

On December 6, 2022, the parties filed a joint stipulation for dismissal with prejudice as to Defendant Experian Information Solutions, Inc. ("Experian") only, with each relevant party to bear its own attorneys' fees and costs. (ECF No. 20). In light of the parties' stipulation, Plaintiff's claims against Defendant Experian are terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and have been dismissed with prejudice, with each relevant party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to terminate Defendant Experian from the docket.

IT IS SO ORDERED.

    Dated:  **December 15, 2022**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1