# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BUTERBAUGH,<br><br>          Plaintiff,<br><br>     v.<br><br>BARCLAYS BANK DELAWARE, *et al.*,<br><br>          Defendants. | Case No.  1:22-cv-01196-AWI-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES LLC AND TRANS UNION LLC ONLY<br><br>(ECF No. 25). |

On January 20, 2023, the parties filed a joint stipulation for dismissal with prejudice as to Defendants Equifax Information Services LLC and Trans Union LLC only, with each relevant party to bear its own attorneys' fees and costs. (ECF No. 25). In light of the parties' stipulation, Plaintiff's claims against Defendants Equifax Information Services LLC and Trans Union LLC are terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and have been dismissed with prejudice, with each relevant party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to terminate Defendants Equifax Information Services LLC and Trans Union LLC from the docket.

IT IS SO ORDERED.

Dated:  **January 23, 2023**                    /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE

1