UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BUTERBAUGH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BARCLAYS BANK DELAWARE, *et al.*,<br><br>　　　　　　Defendant. | Case No.   1:22-cv-01196-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 29) |

This matter is before the Court on Plaintiff's notice of voluntary dismissal (ECF No. 29) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing Plaintiff's claims against Defendant Barclays Bank Delaware[1] without prejudice. In light of the voluntary dismissal, and as Defendant has not filed an answer or a motion for summary judgment, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

　　Dated:   **April 12, 2023**　　　　　　　　　/s/ *Eric P. Grojean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Barclays Bank Delaware is the only remaining defendant in this action. (*See* ECF No. 28).

1