UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BUTERBAUGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARCLAYS BANK DELAWARE, *et al.*,<br><br>　　　　　Defendant. | Case No.　1:22-cv-01196-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 32). |

　　　　This case was closed on April 12, 2023, after Plaintiff Eric Buterbaugh filed a notice of dismissal *without prejudice* as to Defendant Barclays Bank Delaware.[1] (ECF No. 31). On May 23, 2023, the Court received a notice of voluntary dismissal *with prejudice* as to Plaintiff's claims against Defendant Barclays Bank Delaware pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 32). Plaintiff's notice does not include any request to reopen the case or reconsider the Court's prior order dismissing Plaintiff's claims against Defendant Barclays Bank Delaware without prejudice. Accordingly, the Court will take no further action on the notice.

IT IS SO ORDERED.

　　Dated:　**June 7, 2023**　　　　　　　　　/s/ *Eric P. Groj*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] At that time, Defendant Barclays Bank Delaware was the only remaining defendant in this action. (*See* ECF No. 28).

1